UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLAIRESE CLAUDE (f/k/a DAHAN),

    Plaintiff,                                  Case No.: 6:14-cv-2069-PCP-DAB

vs.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

PLAINTIFF'S UNOPPOSED NOTICE OF SETTLEMENT AND
MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41

CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief and am authorized to represent that this motion is unopposed.

Pursuant to Local Rule 3.08, the Court is advised that the parties have reached a settlement agreement wherein this action would be dismissed with prejudice, each party to bear their own fees and costs. All terms of the settlement agreement have been satisfied and it is not necessary to retain jurisdiction in this matter.

Wherefore, pursuant to FRCP 41, the Plaintiff moves this Court to dismiss this action with prejudice with each party to bear their own attorneys' fees and costs.

                                                           /s/ George M. Gingo

George Gingo FBN 879533  
James E. Orth, Jr. FBN 75941  
400 Orange Street  
Titusville, FL 32796  
(321) 264-9624  
(866) 311-9573 (Fax)  
jamesorthlaw@gmail.com  
gingo.george@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and E-Mail, this 19th day of June, 2015 to:

Melissa D. Goolsarran, FBN 098425  
Liebler, Gonzalez & Portuondo  
Courthouse Tower - 25th Floor  
44 West Flagler Street  
Miami, FL 33130  
mdg@lgplaw.com  
akg@lgplaw.com

/s/ George M. Gingo  
George M. Gingo, FBN 879533